**Order filed December 4, 2014**



In The

# 𝕱𝖔𝖚𝖗𝖙𝖊𝖊𝖓𝖙𝖍 𝕮𝖔𝖚𝖗𝖙 𝖔𝖋 𝕬𝖕𝖕𝖊𝖆𝖑𝖘

_____

## NO. 14-13-00944-CR
_____

### JORGE ALBERT PAVON-MALDONADO, Appellant

### V.

### THE STATE OF TEXAS, Appellee

---

**On Appeal from the 258th District Court**
**Polk County, Texas**
**Trial Court Cause No. 21793**

---

## O R D E R

The clerk's record was filed December 5, 2013. Our review has determined that a relevant item has been omitted from the clerk's record. *See* Tex. R. App. P. 34.5(c). The record does not contain the trial court's Findings of Fact and Conclusions of Law.

The Polk County District Clerk is directed to file a supplemental clerk's record on or before December 18, 2014, containing the trial court's Findings of Fact and Conclusions of Law.

If the omitted item is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.


PER CURIAM